JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA A. M.,[1] <br><br> Plaintiff, <br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security Administration, <br><br> Defendant. | Case No. 2:24-CV-01874-AJR <br><br> **JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  September 17, 2025

                                                   HON. A. JOEL RICHLIN
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became the Commissioner of Social Security on May 22, 2025.  Frank Bisignano is substituted as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).